IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| AARON and STACY COLLIER, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> METROPOLITAN LLOYDS INSURANCE § <br> COMPANY OF TEXAS, § <br> § <br> Defendant. § | CIVIL ACTION NO. 1:21-CV-00248 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the Plaintiffs' *Motion to Remand*. [Dkt. 17]. On March 1, 2022, the Court referred the motion to United States Magistrate Judge Zack Hawthorn for consideration and recommended disposition. [Dkt. 35]. On March 11, 2022, Judge Hawthorn recommended that the Court grant the motion. [Dkt. 36]. No objections to Judge Hawthorn's Report and Recommendation have been filed, and the time for doing so has passed. Nevertheless, after independently reviewing Judge Hawthorn's Report, the Court finds that his factual findings and conclusions of law are correct.

It is therefore ORDERED that Judge Hawthorn's Report and Recommendation [Dkt. 36] is ADOPTED, the Plaintiffs' *Motion to Remand* [Dkt. 17] is GRANTED, and this action is REMANDED to the 260th Judicial District Court, Orange County, Texas.

**SIGNED this 23rd day of March, 2022.**

_____
Michael J. Truncale
United States District Judge

1